Michael L. Rodenbaugh
California Bar No. 179059
Erin Dennis Vivion
California Bar No. 262599
*RODENBAUGH LAW*
548 Market Street
San Francisco, CA   94104
(415) 738-8087 phone/fax
info@rodenbaugh.com


Attorneys for Plaintiff
PLANET.ECO LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET.ECO, LLC, a Connecticut limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BIG ROOM, INC., a Canadian corporation, DOTECO LLC, a California limited liability company, TOP LEVEL DOMAIN HOLDINGS LIMITED, a British Virgin Island company, and MINDS AND MACHINES LLC, a California limited liability company, and FREDERICK ROBERT KRUGER, individually,<br><br>Defendants. | Case No.  CV12-1812-PA (PLAx)<br><br>**PLAINTIFF PLANET.ECO LLC'S REPLY TO DEFENDANT DOTECO LLC'S COUNTERCLAIMS** |

Plaintiff PLANET.ECO, LLC ("Plaintiff"), by and through its attorneys, generally denies that any responsive pleading is required and does not waive any of its rights to challenge that the amended complaint "moots" the original set of

counterclaims, but to the extent a reply is required, Plaintiff generally denies all the averments, except such designated averments or paragraphs as expressly admitted herein, or as expressly stated that Plaintiff is without knowledge or information sufficient to form a belief as to the truth of an averment of Defendant, and otherwise allege as follows in reply to the counterclaims of Defendants DotEco LLC ("Defendant"):

## PARTIES

1. Plaintiff admits that DotEco LLC is a California limited liability company, and otherwise without sufficient information to admit or deny the allegations and therefore deny the remaining allegations in this Paragraph.

2. Plaintiff admits the allegations in this Paragraph.

## JURISDICTION AND VENUE

3. Plaintiff admits that Defendant asserts jurisdiction of this Court over Defendant DotEco's Counterclaims. Plaintiff otherwise asserts that the allegations in this Paragraph assert legal conclusions to which no response is required, and therefore, denies the allegations in this Paragraph.

4. Plaintiff admits that Defendant asserts venue in this Court is proper. Plaintiff otherwise asserts that the allegations in this Paragraph assert legal conclusions to which no response is required, and therefore, denies the allegations in this Paragraph.

## THE CONTROVERSY

5. Plaintiff admits that Defendant asserts that Plaintiff "sued" Defendant "for trademark infringement, unfair competition, and false advertising under the Lanham Act," and that Defendant "has denied" Plaintiff's "allegations and asserted various defenses and affirmative defenses." The allegations in this Paragraph otherwise do not require a responsive pleading, but to the extent one is required, Plaintiff denies the allegations.

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-2-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

# **FRAUDULENT REGISTRATION**

6. The application referenced in this Paragraph is a public record that speaks for itself and therefore no further response is required, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

7. The application referenced in this Paragraph is a public record that speaks for itself and therefore no further response is required, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

8. Plaintiff denies the allegations in this Paragraph.

9. Plaintiff denies the allegations in this Paragraph.

10. Plaintiff denies the allegations in this Paragraph.

11. Plaintiff denies the allegations in this Paragraph.

12. Plaintiff denies the allegations in this Paragraph.

13. Plaintiff denies the allegations in this Paragraph.

14. Plaintiff denies the allegations in this Paragraph.

15. The allegations in this Paragraph refer to a public record that speaks for itself and therefore, does not otherwise require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

16. Plaintiff denies the allegations in this Paragraph.

17. Plaintiff denies the allegations in this Paragraph.

18. The allegations in this Paragraph refer to a public record that speaks for itself and does not otherwise require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

19. The allegations in this Paragraph refer to a public record that speaks for itself and does not otherwise require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

20. Plaintiff denies the allegations in Paragraph.

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-3-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

## ICANN'S APPLICATION PROCESS

21. The allegations in this Paragraph refer to an exhibit of record with this Court that speaks for itself and does not otherwise require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

22. Plaintiff denies the allegations in this Paragraph.

23. Plaintiff admits the second and third sentences of this Paragraph, and otherwise lacks sufficient information and belief and therefore denies the allegations in this Paragraph.

24. The allegations in this Paragraph refer to public pleadings that speak for themselves and does not otherwise require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

25. The allegations in this Paragraph assert conclusions of law to which no response is required, but to the extent one is otherwise required, Plaintiff denies the allegations in this Paragraph.

## COUNTS OF COUNTERCLAIM

## COUNT I

**Cancellation of U.S. Trademark Registration No. 3716170.**

**Void Ab Initio 15 U.S.C. Section 1015(a)(i)**

26. Plaintiff hereby incorporates by reference each of the prior Paragraphs of this Reply as though fully set forth herein.

27. The allegations in this Paragraph refer to public pleadings that speak for themselves and does not otherwise require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

28. Plaintiff admits the allegations in this Paragraph, except to the extent it implies Colored Planet Connextion did not exist.

29. Plaintiff denies the allegations in this Paragraph.

30. Plaintiff denies the allegations in this Paragraph.

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-4-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

31. Plaintiff denies the allegations in this Paragraph.

32. The allegations in this Paragraph do not require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

## COUNT II

### Cancellation of Registration No. 3716170: Abandonment

33. Plaintiff hereby incorporates by reference each of the prior Paragraphs of this Reply as though fully set forth herein.

34. Plaintiff denies the allegations in this Paragraph.

35. Plaintiff denies the allegations in this Paragraph.

36. Plaintiff denies the allegations in this Paragraph.

37. Plaintiff denies the allegations in this Paragraph.

38. Plaintiff denies the allegations in this Paragraph.

39. Plaintiff denies the allegations in this Paragraph.

40. Plaintiff denies the allegations in this Paragraph.

41. Plaintiff denies the allegations in this Paragraph.

42. Plaintiff denies the allegations in this Paragraph.

43. The allegations in this Paragraph do not require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

## COUNT III

### Cancellation of Registration No. 3716170: Genericness

44. Plaintiff hereby incorporates by reference each of the prior Paragraphs of this Reply as though fully set forth herein.

45. Plaintiff denies the allegations in this Paragraph.

46. The allegations in this Paragraph refer to a public pleading of record which speaks for itself, and therefore no further response is required, except to the extent one is required, Plaintiff denies the allegations in this Paragraph.

47. The allegations in this Paragraph assert conclusions of law to which

**RODENBAUGH LAW**
548 Market Street
San Francisco, CA 94104

-5-

**PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS**
Case No. CV12-1812-PA (PLAx)

1 no response is required, but to the extent one is required, Plaintiff denies the
2 allegations in this Paragraph.

## COUNT IV

### Monopolization Through Use of Purported Trademark Registration
### Sherman Act Section 2, 15 U.S.C.A. Section 2

6  48. Plaintiff hereby incorporates by reference each of the prior Paragraphs of this Reply as though fully set forth herein.

8  49. Plaintiff denies the allegations in this Paragraph.

9  50. The allegations in Paragraph 50 do not require a response, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

11  51. Plaintiff denies the allegations in this Paragraph.

12  52. Plaintiff denies the allegations in this Paragraph.

13  53. The allegations in this Paragraph refer to pleadings that are a matter of public record in this action and speak for themselves, and therefore, no further response is required, but to the extent one is required, Plaintiff denies the allegations in this Paragraph.

17  54. The allegations in this Paragraph assert conclusions of law to which no response is required, and therefore, Plaintiff denies same.

19  55. Plaintiff denies the allegations in this Paragraph.

## COUNT V

### Cancellation of '170 Registration Based on False Trademark Registration
### Under Lanham Act Section 38, 15 U.S.C.A. Section 1120

23  56. Plaintiff hereby incorporates by reference each of the prior Paragraphs of this Reply as though fully set forth herein.

25  57. Plaintiff denies the allegations in this Paragraph.

26  58. Plaintiff denies the allegations in this Paragraph.

27  59. Plaintiff denies the allegations in this Paragraph.

60. Plaintiff denies the allegations in this Paragraph.

61. Plaintiff denies the allegations in this Paragraph.

62. Plaintiff denies the allegations in this Paragraph.

## COUNT VI

## Unfair Competition and Unfair Business Practices Under Cal. Bus. & Prof. Code Section 1200 *et seq*

63. Plaintiff hereby incorporates by reference each of the prior Paragraphs of this Reply as though fully set forth herein.

64. Plaintiff denies the allegations in this Paragraph.

65. Plaintiff denies the allegations in this Paragraph.

66. Plaintiff denies the allegations in this Paragraph.

67. Plaintiff denies the allegations in this Paragraph.

## AFFIRMATIVE DEFENSES

Plaintiff hereby asserts and interposes the following affirmative defenses to the counterclaims of Defendant:

### FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)

68. Defendant's counterclaims are barred for failure to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
(Equitable Defenses)

69. Plaintiff asserts that Defendant's counterclaims are barred by the doctrine of laches, acquiescence, waiver and estoppel.

### THIRD AFFIRMATIVE DEFENSE
(No Right to Injunctive Relief)

70. To the extent Defendant seeks injunctive relief, Defendant is not entitled to such relief because the hardship that would be imposed on Plaintiff by

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-7-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

any such relief would be greatly disproportionate to any hardship that Defendant might suffer in its absence.

## FOURTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

71.     Any relief for Defendant is barred by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE
### (No Attorneys' Fees or Punitive Damages)

72.     Defendant has failed to state any claim upon which the Court may award it attorneys' fees or costs.

73.     Defendant is not entitled to punitive or exemplary damages on any cause of action alleged in the Counterclaims.  Any award of punitive or exemplary damages would violate the due process and/or equal protection clauses of the Constitution of the State of California and the Constitution of the United States of America.

## SIXTH AFFIRMATIVE DEFENSE
### (No Antitrust Injury)

74.     Defendant has failed to allege that it has suffered injury of the type the antitrust laws were intended to prevent and that flows from that which makes the Plaintiff's acts purportedly unlawful.

## SEVENTH AFFIRMATIVE DEFENSE
### (No Unlawful Conduct Under State Unfair Competition Claim)

75.     Defendant has failed to adequately allege any unlawful conduct that has been engaged in as a business practice.

76.     Defendant has failed to allege injury in fact or lose of money or property as a result of such alleged unfair competition.

## EIGHTH AFFIRMATIVE DEFENSE
### (Failure to Adequately Plead Cancellation of a Federally Registered Trademark)

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-8-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

77. Defendant has failed to allege that the representations to the PTO were material or that the PTO reasonably relied on them.

78. Defendants have failed to allege that Plaintiff made a knowingly false statement.

## NINTH AFFIRMATIVE DEFENSE
### (Failure of Pleading)

79. The counterclaims are barred for failure to plead with the requisite particularity under Fed. R. Civ. P. 8 and 9.

## TENTH AFFIRMATIVE DEFENSE
### (Uncertain/Unmanageable Damages)

80. Defendant's requested monetary relief is too speculative, remote, and/or impossible to prove and/or allocate.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Adequate Remedy at Law)

81. Defendant's claim for equitable relief are barred to the extent there is an adequate remedy at law.

## TWELTH AFFIRMATIVE DEFENSE
### (Compliance with Laws)

82. Defendant's claims are barred because the conduct alleged in the counterclaims complies with applicable laws, rules and regulations.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Reservation)

83. Further responding, Plaintiff states that it currently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Plaintiff reserves the right to assert additional affirmative defenses in the event that discovery indicates it would be appropriate.

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-9-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

### FOURTEENTH AFFIRMATIVE DEFENSE
### (First Amendment Right)

84. The Counterclaims, and each cause of action therein, is barred to the extent that the conduct complained of is protected by the free speech provisions of the Constitution of the State of California and the Constitution of the United States of American.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Good Faith)

85. Each cause of action alleged in the Counterclaims is barred, in whole or in part, because Plaintiff acted in good faith at all times.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (Unconstitutionality of Monetary Relief)

86. An award of monetary relief, other than purported need for restitution, to Defendant, including but not limited to penalties of any type, would violate the due process provisions of the Constitution of the State of California and the Constitution of the United States of America.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (Causation is Lacking)

87. Each cause of action alleged in the Counterclaims is barred, in whole or in part, because Defendant has not sustained any injury or damage by reason of any act or omission on Plaintiff's part.

### EIGHTEENTH AFFIRMATIVE DEFENSE
### (Materiality is Lacking)

88. Each cause of action is barred, in whole or in part, because Defendant has not sustained any injury or damage by reason of any material act or omission on Plaintiff's part.

### NINETEENTH AFFIRMATIVE DEFENSE

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-10-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

(Lack of Reliance)

89.     Defendant's claims are barred, in whole or in part, because of the lack of reliance by Defendant on the alleged misconduct on Plaintiff's part.

### TWENTIETH AFFIRMATIVE DEFENSE

(Unjust Enrichment)

90.     Defendant's claims are barred to the extent Plaintiff would be unjustly enriched if allowed to recover any monies claimed to be due in the Counterclaims.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

(Failure to Mitigate)

91.     Without admitting any wrongful conduct on the part of Plaintiff, and without admitting that Defendant has suffered any loss, damage or injury, recovery for any such loss, damage, or injury is barred, in whole or in part, because Defendant failed to mitigate such loss, damage, or injury.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

(Justification/Excuse)

92.     Plaintiff's alleged actions, at all times relevant to the counterclaims, were necessary to the competitive operation of its business, and Defendant's alleged injury, if any, is outweighed by the benefit to the public of Plaintiff's actions.

### REQUEST FOR RELIEF

Therefore, Plaintiff respectfully requests judgment as follows:

1. That Defendant takes nothing by way of its Counterclaims:
2. Plaintiff be awarded the relief requests in its Amended Complaint; and
3. For all such other, further, and different relief as the Court deems proper.

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-11-

PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS
Case No. CV12-1812-PA (PLAx)

DATED: April 23, 2012            Respectfully submitted,

By: /s/ Mike Rodenbaugh

Michael L. Rodenbaugh
RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104
(415) 738-8087 tel/fax
info@rodenbaugh.com

**Attorney for Plaintiff
PLANET.ECO LLC**

**RODENBAUGH LAW**
548 Market Street
San Francisco, CA 94104

-12-

**PLANET.ECO LLC'S REPLY TO DEFENDANT
DOTECO LLC'S COUNTERCLAIMS**
Case No. CV12-1812-PA (PLAx)