1  Mike Rodenbaugh
   California Bar No. 179059
2  Erin D. Vivion
   California Bar No. 262599
3  RODENBAUGH LAW
4  548 Market Street
   San Francisco, CA  94104
5  (415) 738-8087
6
7  Attorneys for Plaintiff
   PLANET.ECO, LLC
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET.ECO, LLC  a  Connecticut limited liability company, | Case No. CV12-1812-PA (PLAx) |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |
| BIG ROOM, INC. et al., | |
| Defendants. | Date: June 4, 2012 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 15 |
| | Hon. Percy Anderson |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

NOTICE OF MOTION
TO WITHDRAW AS COUNSEL
Case No. CV12-1812 (PLAx)

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

1  At 1:30 p.m. on June 4, 2012, or as soon as the matter may be heard in the courtroom of the Honorable Percy Anderson, the attorneys at Rodenbaugh Law, counsel of record for Plaintiff, will and hereby do move pursuant to L.R. 83-2.9.2.1 for leave to withdraw as counsel for Plaintiff.

This Motion is based on this Notice; the accompanying Memorandum of Points and Authorities; the Declaration of Michael L. Rodenbaugh; and such other authorities and argument as may be submitted in any reply and/or at any hearing.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on April 30, 2012.

Dated:	4 May 2012	Respectfully submitted,

RODENBAUGH LAW
By: */s/ Mike Rodenbaugh*

Mike Rodenbaugh
RODENBAUGH LAW
584 Market Street
San Francisco, CA  94014
(415) 738-8087

Attorney for Plaintiff
PLANET.ECO, LLC

NOTICE OF MOTION
TO WITHDRAW AS COUNSEL
Case No. CV12-1812 (PLAx)

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 548 Market Street, San Francisco, California 94104.

On May 2, 2012, I served the foregoing document described as NOTICE OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL, MEMORANDUM OF POINTS AND AUTHORITIES and DECLARATION OF MICHAEL L. RODENBAUGH in support thereof on the parties in this action by serving counsel to all other parties by e-mail in accordance with the agreement of counsel and by serving Plaintiff as follows:

**PLANET.ECO, LLC, 45 West North St., Stamford, CT 06902**

**(X) By Email:** I scanned an electronic version of the document via e-mail to the email addresses commonly used by Plaintiff's representatives in communications with me.

**(X) By Federal Express:** I caused the envelope to be delivered to the Federal Express office for delivery on the next-business day basis to the aforesaid business address.

Executed on May 2, 2012 at Los Gatos, California.

        */s/ Mike Rodenbaugh*
        Mike Rodenbaugh

NOTICE OF MOTION
TO WITHDRAW AS COUNSEL
Case No. CV12-1812 (PLAx)

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087