Mike Rodenbaugh
California Bar No. 179059
Erin D. Vivion
California Bar No. 262599
RODENBAUGH LAW
548 Market Street
San Francisco, CA  94104
(415) 738-8087

Attorneys for Plaintiff
PLANET.ECO, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET.ECO, LLC  a  Connecticut limited liability company, | Case No. CV12-1812-PA (PLAx) |
| Plaintiff, | |
| vs. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO WITHDRAW** |
| BIG ROOM, INC. et al., | |
| Defendants. | Date: June 4, 2012 |
| | Time: 1:30 p.m. |
| | Place: Courtroom 15 |
| | Hon. Percy Anderson |

MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW
CV12-1812 (PLAx)                          1

Rodenbaugh Law
548 Market Street
San Francisco, CA 94104
415.738.8087

## I.  INTRODUCTION

The attorneys at Rodenbaugh Law, counsel of record for Plaintiff Planet .ECO LLC ("Counsel"), respectfully seeks leave from the Court to withdraw as counsel for Plaintiff pursuant to L.R. 83-2.9.2.1.

## II.  FACTUAL BACKGROUND

On April 25, Counsel informed Plaintiff in writing that it is prepared to withdraw from this litigation for breach of a written agreement and subsequent assurances to pay legal fees and expenses when due.  (Declaration of Michael L. Rodenbaugh ("Rodenbaugh Decl."), ¶ 1.)  Pursuant to L.R.  83-2.9.2.3, Mr. Rodenbaugh advised Plaintiff in writing that Plaintiff, as a limited liability company, must be represented by counsel and will not be allowed to represent itself in the event that Counsel withdraws.  (Rodenbaugh Decl., ¶ 2.)  Mr. Rodenbaugh provided a draft copy of the notice of motion and this memorandum of points and authorities in support of the motion.  (Rodenbaugh Decl., ¶ 3.)

This request follows more than a month of warnings from Rodenbaugh Law, and subsequent assurances from Plaintiff, that the client counsel relationship had been breached.  (Rodenbaugh Decl., ¶ 4.)  Plaintiff has repeatedly failed to meet payment obligations, despite repeated warnings that this would force Counsel to withdraw.  (Rodenbaugh Decl., ¶ 5.)

Counsel have confirmation from opposing counsel that Defendants 1) waive oral hearing and do not oppose this motion, 2) agree to allow Plaintiff 30 days to locate and retain substitute counsel, 3) agree to request continuance of any hearing of Defendant Big Room's Motion to Dismiss until June 18, 2012, and 4) agree to request continuance of the initial Scheduling Conference until

MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW
CV12-1812 (PLAx)                                    2

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087

1  July 9, 2012.  Counsel have filed separately the Stipulation and Proposed Order

2  to that effect.  Counsel further have notified Plaintiff of the Motion to

3  Withdraw, the Motion to Dismiss and hearing date, and the date of the

4  Scheduling Conference.  (Rodenbaugh Decl., ¶ 6.)  Plaintiff has failed to

5  comply with repeated requests for satisfaction of payment obligations in this

6  matter, and has not indicated whether or not it will oppose this motion despite

7  repeated requests for such indication.  (Rodenbaugh Decl., ¶ 7.)

8

9  **LEGAL ARGUMENT**

10      Repeated requests from Counsel, for payment of agreed and earned fees and

11  advanced expenses, have been ignored by Plaintiff.  (Rodenbaugh Decl., ¶ 1,4-5.)  This

12  violates the written retention agreement between Counsel and Plaintiff.  (*Id.*)  Therefore,

13  Counsel hereby requests leave to withdraw as counsel in this matter.

14      Counsel have confirmation from opposing counsel that Defendants do not oppose

15  this request.  Counsel have filed separately the Stipulation and Proposed Order

16  encapsulating the above agreement.  Counsel further have notified Plaintiff of this

17  Motion to Withdraw, the Motion to Dismiss and hearing date, and the Scheduling

18  Conference and the hearing date.  However Plaintiff has failed to respond to repeated

19  requests for compliance with payment obligations in this matter.

20      There will be no significant delay in prosecution to completion of this matter if the

21  Court affords Plaintiff thirty (30) days to find new counsel.  The initial Scheduling

22  Conference has not been held yet, and all Defendants agree that it should not be held

23  unless and until new counsel is retained by Plaintiff.

24      Withdrawal of counsel in the event of non-payment is consistent with the

25  California State Bar Rules of Professional Conduct; specifically Rule 3-700(c)(1)(f),

26  which provide for permissive withdrawal of counsel when the client breaches an

MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW
CV12-1812 (PLAx)                    3

1  agreement or obligation to the member as to expenses or fees.  *See also, e.g.,*

2  *Schueneman v. 1st Credit of Am., LLC*, 2007 WL 1969708, at *7-8 (N.D. Cal. 2007)

3  (granting counsel's motion to withdraw because party breached agreement to pay legal

4  fees).

### III.  CONCLUSION

5

6        Plaintiff's counsel respectfully requests leave to withdraw as counsel of record in

7  this matter, and continuance of any hearing on Defendant Big Room's Motion to Dismiss

8  until June 18, 2012, and for continuance of the Scheduling Conference until July 9, 2012.

9

10  Dated:        May 4, 2012                        Respectfully submitted,

11

12                                                  By: */s/ Mike Rodenbaugh*

13

14                                                  Mike Rodenbaugh
                                                    RODENBAUGH LAW
                                                    584 Market Street
15                                                  San Francisco, CA  94014
                                                    (415) 738-8087
16
                                                    Attorneys for Plaintiff
17                                                  PLANET.ECO, LLC

18

19

20

21

22

23

24

25

26

MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW
CV12-1812 (PLAx)                        4

**Rodenbaugh Law**
548 Market Street
San Francisco, CA 94104
415.738.8087