Michael L. Rodenbaugh
California Bar No. 179059
Erin Dennis Vivion
California Bar No. 262599
*RODENBAUGH LAW*
548 Market Street
San Francisco, CA   94104
(415) 738-8087 phone/fax
info@rodenbaugh.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

PLANET.ECO, LLC,
a Connecticut limited liability company,

        Plaintiff,

   v.

BIG ROOM, INC., et al.,

        Defendants.

Case No. CV12-1812-PA (PLAx)

**DECLARATION OF MICHAEL L. RODENBAUGH**

Pursuant to the Court's order granting withdrawal, dated June 1, 2012 (the "Order"), Rodenbaugh Law hereby provides the following Declaration.

I, Michael L. Rodenbaugh, swear under penalty of perjury as follows:

1. Rodenbaugh Law hereby withdraws of counsel of record, in accord with the Order.

2. Planet .ECO, LLC's current address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney. That address is 45 West North Street, Stamford, CT, 06902.

3. Planet .ECO, LLC received a complete copy of the case file electronically on May 22,

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-1-

DECLARATION RE
WITHDRAWAL OF COUNSEL
CV 12-12812-PA (PLAx)

2012.

4. Planet .ECO, LLC has been notified in writing, and hereby again is notified in writing, of the consequences of its inability to appear *pro se* (without assistance of duly authorized counsel of record), including that its First Amended Complaint may be dismissed and a default entered on the pending counterclaims asserted against it by defendant and counterclaimant Doteco LLC if it does not obtain new counsel.

5. All pretrial and trial dates set in this action are as follows:

| | |
|---|---|
| Discovery Cut-off Date | November 26, 2012 |
| Motion Cut-off Date | December 3, 2012 |
| Final Pretrial Conference | January 4, 2013 at 1:30 p.m. |
| Jury Trial Date | February 5, 2013 at 9:00 a.m. |

DATED: 4 June 2012

Respectfully submitted,

/*Mike Rodenbaugh/*_____
Michael L. Rodenbaugh

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 4, 2012, I caused the foregoing Declaration to be served on opposing counsel via email per prior agreement of counsel, and on Planet .ECO LLC via email to its principles, Jean William and Moses Boone, via email as customarily used to communicate with them.

*/s/ Mike Rodenbaugh*
Mike Rodenbaugh

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-2-

DECLARATION RE
WITHDRAWAL OF COUNSEL
CV 12-12812-PA (PLAx)