Michael L. Rodenbaugh
California Bar No. 179059
Erin Dennis Vivion
California Bar No. 262599
*RODENBAUGH LAW*
548 Market Street
San Francisco, CA   94104
(415) 738-8087 phone/fax
info@rodenbaugh.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANET.ECO, LLC, a Connecticut limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>BIG ROOM, INC., et al.,<br><br>   Defendants. | Case No. CV12-1812-PA (PLAx)<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL L. RODENBAUGH** |

Pursuant to the Court's order granting withdrawal, dated June 1, 2012 (the "Order"), Rodenbaugh Law hereby provides the following Supplemental Declaration to the Declaration filed on June 4, 2012 (Dckt # 48). This Supplemental Declaration supersedes the previously filed Declaration in its entirety.

I, Michael L. Rodenbaugh, declare as true under penalty of perjury pursuant to Title 28 U.S.C. Section 1746 as follows:

1. Rodenbaugh Law hereby withdraws of counsel of record, in accord with the Order.

2. Planet .ECO, LLC's current address will be the address to which all future documents will be served or sent until changed by appropriate notice or substitution of attorney. That address is 45 West North Street, Stamford, CT, 06902.

3. Planet .ECO, LLC received a complete copy of the case file electronically on May 22, 2012.

4. Planet .ECO, LLC has been notified in writing, and hereby again is notified in writing, of the consequences of its inability to appear *pro se* (without assistance of duly authorized counsel of record), including that Planet.Eco, LLC's failure to obtain new counsel in time for such new counsel to file a notice of appearance **by no later than July 9, 2012** may result in the dismissal of its First Amended Complaint, and should new counsel not appear on behalf of Planet.Eco, LLC and file a response to the Amended Counterclaim by that date, **the Court may enter Planet.Eco's default on the Amended Counterclaim without further warning**.

5. Furthermore, Planet.ECO, LLC has been notified in writing, and hereby again is notified in writing that the dates set by the Court's Scheduling Order are firm and will not be changed absent a showing of extraordinary circumstances, which much satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, and that the following deadlines have been set in this action as follows:

(a) Planet.Eco, LLC's deadline for filing a response to Doteco LLC's Amended Counterclaims through newly obtained counsel that has duly appeared as counsel of record………………………....July 9, 2012

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-2-

SUPPLEMENTAL DECLARATION RE
WITHDRAWAL OF COUNSEL
CV 12-12812-PA (PLAx)

1  (b) Last Day for Hearing on Motions to
2  Amend Pleadings or Add Parties……………August 13, 2012
3  (c) Discovery Cut-off Date………………….November 26, 2012
4  (b) Motion Cut-off Date……………………..December 3, 2012
5  (c) Last Date to Conduct Settlement
6  Conference……………………………………....December 10, 2012
7  (d) Lodge Pretrial Conference Order
8  & Pretrial Exhibit Stipulation…………………..December 21, 2012
9  (e) File Contentions of Fact & Law….………..December 21, 2012
10 (f) Exhibit & Witness Lists…………………….December 21, 2012
11 (g) File Status Report Regarding Settlement…..December 21, 2012
12 (h) File Agreed Upon Set of Instructions &
13 Verdict Forms………………………… …..December 21, 2012
14 (i) File Joint Statement Regarding Disputed
15 Instructions, Verdicts, etc………………….. …..December 21, 2012
16 (j) Motions in Limine to be Filed……………….January 4, 2013
17 (k) Proposed Voir Dire Questions & Agreed-
18 Statement of Case……………..………..........January 4, 2013
19 (l) Final Pretrial Conference……….……………January 4, 2013 at 1:30
20 p.m.
21 (m) File Final Trial Exhibit Stipulation………….January 13, 2013
22 (n) Hearing on Motions in Limine
23 and Hearing on Disputed Jury
24 Instructions……………………….……………..January 28, 2013, 1:30p.m.
25 (o) Jury Trial Date…………………………….…February 5, 2013, 9:00 a.m.
26
27 I declare under penalty of perjury that the foregoing is true and correct.  Executed
28

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-3-

SUPPLEMENTAL DECLARATION RE
WITHDRAWAL OF COUNSEL
CV 12-12812-PA (PLAx)

on June 11, 2012.

               /*Mike Rodenbaugh/*_____

               Michael L. Rodenbaugh

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 11, 2012, I caused the foregoing Declaration to be served on opposing counsel via email per prior agreement of counsel, and on Planet .ECO LLC via email to its principals, Jean William and Moses Boone, via email as customarily used to communicate with them, and via US Mail as described in Proof of Service filed today.

               */s/ Mike Rodenbaugh*

               Mike Rodenbaugh

RODENBAUGH LAW
548 Market Street
San Francisco, CA 94104

-4-

SUPPLEMENTAL DECLARATION RE
WITHDRAWAL OF COUNSEL
CV 12-12812-PA (PLAx)