VENABLE LLP
Tamany Vinson Bentz (SBN 258600)
Deborah A. Feinblum (SBN 251544)
Email:      tjbentz@venable.com
            dafeinblum@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 229-9900
Facsimile:  (310) 229-9901

Janet F. Satterthwaite (pro hac)
Jeffrey A. Dunn (pro hac)
Meaghan H. Kent (pro hac)
Email:      jadunn@venable.com
            jfsatterthwaite@venable.com
            mhkent@venable.com
575 7th Street NW
Washington DC 20004
Telephone:  (202) 344-4000
Facsimile:  (202) 344-8300

*Counsel for Defendants and Counterclaim Plaintiffs Doteco LLC, Top Level Domain Holdings Limited, Minds + Machines, LLC and Frederick R. Krueger*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Planet .Eco LLC | CASE NO. CV 12-1812-PA(PCAx) |
| Plaintiff, | Hon. Percy Anderson |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL** |
| Big Room, Inc., Doteco LLC, Top Level Domain Holdings Limited, Minds and Machines, LLC, and Frederick R. Krueger | Action Filed: March 2, 2012 |
| Defendant, | |
| v. | |
| Moses Boone, an individual | |
| Counterclaim Defendant, | |

STIPULATION RE VOLUNTARY DISMISSAL

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and between Plaintiff/Counterclaim-Defendant Planet.eco, LLC, Defendant Frederick Krueger, Defendants/Counterclaimants Doteco LLC, Top Level Domain Holdings Limited, Minds and Machines, LLC, and Counterclaim-Defendant Moses Boone, by and through their attorneys, that, pursuant to Fed. R. Civ. P. 41 (a)(2), the Complaint and all Counterclaims on file in the above-captioned action be, and hereby are, dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

DATED: November 1, 2012

VENABLE LLP

By: *Deborah Feinblum*

JANET SATTERTHWAITE
JEFFREY A. DUNN
TAMANY VINSON BENTZ
MEAGHAN H. KENT
DEBORAH A. FEINBLUM
Attorneys for All Defendants

DATED: November 1, 2012

THE MACELLARO LAW FIRM

By: *Theresa J. Macellaro*

THERESA J. MACELLARO
Attorney for Plaintiff and
Counterclaim-Defendants

i

DATED: November ___, 2012

LAW OFFICE OF RAPHAEL A. GUTIÉRREZ

By: /s/ Raphael A. Gutiérrez

RAPHAEL A. GUTIÉRREZ
Attorney for Plaintiff and Counterclaim-Defendants

ii