JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Planet .Eco LLC | CASE NO. CV 12-1812-PA(PCAx) |
| Plaintiff, | Hon. Percy Anderson |
| v. | **ORDER OF DISMISSAL** |
| Big Room, Inc., Doteco LLC, Top Level Domain Holdings Limited, Minds and Machines, LLC, and Frederick R. Krueger | Action Filed: March 2, 2012 |
| Defendant, | |
| v. | |
| Moses Boone, an individual | |
| Counterclaim Defendant, | |

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

[PROPOSED] ORDER RE VOLUNTARY DISMISSAL

**ORDER**

The Court, having considered the Stipulation of Voluntary Dismissal filed by the parties herein, finds that this action should be dismissed without prejudice. Each party shall bear its own costs and attorneys' fees.

Date: November 2, 2012       _____

United States District Judge Anderson